# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

July 2, 2020

BY ECF
Hon. William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

July 2, 2020

Re: *United States v Miller,* 18 Cr. 706 (WHP)

Your Honor:

     As you will recall, I recently filed a motion for compassionate relief on behalf of Donald Miller.  I have been informed by the CJA clerks that CJA attorneys in this district must be re-appointed in order to be compensated for these types of motions.  Accordingly, I ask that this Court re-appoint me, *nunc pro tunc,* to May 1, 2020, for the purpose of representing Mr. Miller on his compassionate release motion.

Respectfully submitted,

_____/s/_____
James E. Neuman