UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                 :

       -against-                                    :          18 Cr. 706 (WHP)

Donald Miller,                                         :          <u>ORDER</u>
                           Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Wednesday, July 29, 2020 at 11:00 a.m. regarding defendant's application for compassionate release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: July 23, 2020
       New York, New York

                                  SO ORDERED:

                                  _____
                                  WILLIAM H. PAULEY III
                                     U.S.D.J.