# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

February 23, 2021

BY ECF
Hon. William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application denied.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

February 23, 2021

Re: *United States v Miller,* 18 Cr. 706 (WHP)

Your Honor:

     I am the attorney for Donald Miller in the referenced matter, and am writing to request that he be permitted to travel to Atlantic City from February 26, 2021 to February 28, 2021. As you may recall, on July 29, 2020, this Court granted the application of Donald Miller for compassionate relief by directing that he be released from prison and allowed to serve the remainder of his sentence on home confinement. Subsequently, this Court agreed to modify Order by allowing him to serve his sentence on home detention, thereby allowing him increased opportunities to work.

     Mr. Miller would now like to travel with his wife to Atlantic City this weekend to celebrate his birthday. The government takes no position regarding this application. Mr. Miller's supervising probation officer informed me that he does not oppose this application, and notes that should this Court agree to the travel request, Mr. Miller will not receive credit for the days that he is out of the jurisdiction. Thus, granting this request will not reduce the length of Mr. Miller's sentence.

     Accordingly, we request that Mr. Miller be permitted to travel to Atlantic City from February 26, 2021 to February 28, 2021.

Respectfully submitted,

_____/s/_____
James E. Neuman